UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Plaintiff,

vs.                    CASE NO. 3:07-cv-1084-J-33HTS

CANALLI'S PIZZA and
SCOTT/CHERYL, supervisors,

    Defendants.

### REPORT AND RECOMMENDATION[1]

On November 21, 2007, Plaintiff filed his Complaint (Doc. #1; Complaint) and Affidavit of Indigency (Doc. #3). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #8; Order), entered on December 12, 2007, at 1, the Court provided Plaintiff with an opportunity to file an amended complaint. *Id.* at 3-4. Mr. Fisher was cautioned that failure to do so within ten days might "result in a recommendation that this action be dismissed for lack of prosecution[.]" *Id.* at 4. Plaintiff failed to amend the Complaint, and on January 2, 2008, the Court entered an Order (Doc. #10; Order to Show Cause) directing him "to show cause within eleven (11) days . . . why it should not be

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

recommended this case be dismissed for failure to prosecute." Order to Show Cause (capitalization and emphasis omitted).  As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 22nd day of January, 2008.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable Virginia M. Hernandez Covington
United States District Judge

Counsel of record
    and pro se parties, if any